IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA          )
                                  )
V.                                )     Case No. CR208-25
                                  )
SAUL ARTHUR ALVIN, III            )

O R D E R

The above captioned case filed in the Brunswick Division of this Court was previously assigned to the Honorable Anthony A. Alaimo.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Lisa Godbey Wood for further plenary disposition.

SO ORDERED, this _18th_ day of May, 2018.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia