GAS 245D    (Rev. 07/22) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Saul Arthur Alvin, III | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 2:08CR00025-1<br><br>USM Number: 13738-021<br><br>Thomas Howell<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions (Violation Numbers 1-6) of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition).<br>See page two for additional violations | June 5, 2019 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 8806

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:

Augusta, Georgia

March 15, 2023
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

March 16, 2023
Date

GAS 245D        (Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT:      Saul Arthur Alvin, III
CASE NUMBER:    2:08CR00025-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to notify the probation officer at least ten days prior to any change in residence or employment (standard condition). | March 12, 2021 |
| 3 | The defendant failed to follow the instructions of the probation officer (standard condition). | March 15, 2021 |
| 4 | The defendant failed to follow the instructions of the probation officer (standard condition). | April 7, 2021 |
| 5 | The defendant left the judicial district without permission of the Court or the probation officer (standard condition). | April 6, 2021 |
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | November 22, 2021 |

GAS 245D        (Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT: Saul Arthur Alvin, III
CASE NUMBER: 2:08CR00025-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, with no term of supervision to follow. The defendant will receive credit for time served since February 24, 2023.

☒ The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to Coleman FCI, Coleman, Florida, with placement in the culinary program if possible. Further, it is recommended that the defendant be evaluated by Bureau of Prisons officials to establish his participation in an appropriate program of substance abuse treatment and counseling during his term of incarceration.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL